UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL RUOSS and HEATHER RUOSS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 06-7353** |
| | * | |
| **THE STANDARD FIRE INSURANCE** | * | **SECT. "K"** |
| **COMPANY and ALLIANCE INSURANCE** | * | |
| **AGENCY SERVICES, INC.** | * | **MAG. (2)** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

**CONSIDERING THE FOREGOING** Joint Motion to Dismiss, with Prejudice;

**IT IS ORDERED** that the above numbered and titled action be dismissed, with prejudice, with each party to bear its own costs.

**JUDGMENT** signed this  16th  day of     May    , 2008, in New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE**